RECEIVED

JUL 2 2 2011

TONY R. MOORE, CLERK
BY_____
   DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BRAD ALLEN SEARS | CIVIL ACTION NO. 3:10-CV-0474 |
| VS. | SECTION P |
| OUACHITA PARISH SHERIFF'S OFFICE, ET AL. | JUDGE DONALD E. WALTER |
| | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2). Plaintiff may assert a claim if and when he can meet the *Heck v. Humphrey* conditions

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 22 day of July, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE